**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 26 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOSEFINA SON TECUM, | No.   18-71334 |
| Petitioner, | |
| v. | Agency No. A208-130-656 |
| WILLIAM P. BARR, Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted August 19, 2019**

Before:     SCHROEDER, PAEZ, and HURWITZ, Circuit Judges.

Josefina Son Tecum, a native and citizen of Guatemala, petitions for review

of the Board of Immigration Appeals' ("BIA") order dismissing her appeal from an

immigration judge's decision denying her application for asylum and withholding

of removal.  We have jurisdiction under 8 U.S.C. § 1252.  We review for

substantial evidence the agency's factual findings.  *Zehatye v. Gonzales*, 453 F.3d

---

        *        This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

        **        The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

1182, 1184-85 (9th Cir. 2006).  We deny the petition for review.

Son Tecum does not make any argument challenging the agency's dispositive conclusion that her proposed social group of "young school-aged women being targeted by gangs" is not cognizable.  *See Martinez-Serrano v. INS*, 94 F.3d 1256, 1259-60 (9th Cir. 1996) (issues not specifically raised and argued in a party's opening brief are waived).

Even considering the claimed social group as one of "young school-aged women", substantial evidence supports the agency's conclusion that Son Tecum failed to establish that she was or would be persecuted on account of her membership in that group.  *See Zetino v. Holder*, 622 F.3d 1007, 1016 (9th Cir. 2010) (an applicant's "desire to be free from harassment by criminals motivated by theft or random violence by gang members bears no nexus to a protected ground").  Thus, Son Tecum's asylum and withholding of removal claims fail.

**PETITION FOR REVIEW DENIED**.